**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Georgii Ponomarenko, | No. CV-26-00107-PHX-KML (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On February 4, 2026, the court granted petitioner's original petition for writ of habeas corpus and closed this case. The order granting the petition ordered respondents provide him with a bond hearing or release him from custody. (Doc. 9.) Respondents provided petitioner with a bond hearing on February 10, 2026, but bond was denied allegedly because petitioner "failed to prove he is not a flight risk." (Doc. 14 at 2.) Petitioner then filed another petition that was docketed in this case as an amended petition. (Doc. 14.) Because this case was already closed, the court will docket the latest petition as a new case.

The latest petition alleges the February 10, 2026, bond decision "did not identify specific facts supporting detention" and "did not meaningfully consider less restrictive alternatives to detention." (Doc. 14 at 2.) The petition further alleges "[a] bond denial based solely on a conclusory assertion does not satisfy the Fifth Amendment Due Process Clause." (Doc. 14 at 2.) Respondents must answer the petition.

**IT IS ORDERED** the Clerk of Court shall file the petition at Doc. 14 and a copy of

this order in a new case. All future filings shall be made in the new case and not in CV-26-107.

**IT IS FURTHER ORDERED** within **30 days** of the date this Order is filed, petitioner must either pay the $5.00 filing fee **or** file a complete Application to Proceed In Forma Pauperis. If petitioner fails to either pay the $5.00 filing fee or file a complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to petitioner and deny any pending unrelated motions as moot.

**IT IS FURTHER ORDERED** the Clerk of Court shall update the docket in the new case to reflect respondent Eric Rokosky as Warden of Eloy Detention Center.

**IT IS FURTHER ORDERED** the Clerk of Court must serve a copy of the Summons, the Petition and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondent pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

/

/

/

/

/

**IT IS FURTHER ORDERED** respondent must answer the Petition within **20 days** of the date of service. Petitioner may file a reply within **10 days** from the date of service of the answer.

Dated this 27th day of February, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 3 -